IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY L. HILL                                                                                          PLAINTIFF

v.                              Nos. 2:15-CV-02261, 2:16-CV-02064

RAY WALLACE; LEE KREHBIEL; and
the UNIVERSITY OF ARKANSAS AT
FORT SMITH                                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on November 8, 2016, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 6th day of December, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1